UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WINDELS MARX LANE & MITTENDORF, LLP
William C. Cagney (WCC-6025)
120 Albany Street Plaza
New Brunswick, New Jersey 08901
(732) 846-7600
wcagney@windelsmarx.com

*Attorneys for Lead Plaintiffs*

------------------------------------------------------x
IN RE HOVNANIAN ENTERPRISES, INC.   : Civil Action No. 2:08-cv-00999
SECURITIES LITIGATION               : (SDW) (MCA)
                                    :
                                    : CLASS ACTION
                                    :
                                    : Document Electronically Filed
                                    :
                                    :
------------------------------------------------------x

**LEAD PLAINTIFFS' NOTICE OF MOTION FOR FINAL
APPROVAL OF THE PROPOSED SETTLEMENT AND PLAN OF ALLOCATION,
AND CERTIFICATION OF A SETTLEMENT CLASS**

PLEASE TAKE NOTICE that on the 15th day of December, 2009, or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs, pursuant to an order of this Court entered on October 16, 2009, shall move before the Honorable Susan D. Wigenton, U.S.D.J., of the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for entry of an Order (a) approving the settlement of this class action; (b) approving the plan of allocation for

distribution of the Net Settlement Fund and Net Settlement Shares to Class Members; (c) certifying the Class for settlement purposes; and; and (d) granting other specified relief.

Plaintiffs submit that the proposed settlement for $4 million in cash is fair, adequate and reasonable and should be granted final approval. The grounds for this motion are further set forth in the accompanying: (A) Memorandum of Law in Support of Final Approval of the Proposed Settlement and Plan of Allocation and Certification of a Settlement Class; and (B) Declaration of Lionel Z. Glancy in Support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation, Certification of a Settlement Class and the Application of Plaintiffs' Lead Counsel for an Award of Attorneys' Fees and Reimbursement of Expenses, and the exhibits thereto..

A proposed form of Order is submitted herewith.

December 8, 2009									Respectfully Submitted

												WINDELS MARX LANE &
												MITTENDORF, LLP

									BY:		_____
												William C. Cagney
													*wcagney@windelsmarx.com*
												120 Albany Street Plaza

												New Brunswick, New Jersey 08901

												Telephone:	(732) 846-7600
												Facsimile:	(732) 846-8877

												*Liaison Counsel*

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy
   *lglancy@glancylaw.com*
Michael M. Goldberg
   *mmgoldberg@glancylaw.com*
Marc L. Godino
   *mgodino@glancylaw.com*
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160

*Lead Counsel*

KIRBY MCINERNEY, LLP
Ira M. Press
   *ipress@kmllp.com*
Randy Berger
   *rberger@kmllp.com*
830 Third Avenue, 10th Floor
New York, NY 10022
Telephone:   (212) 317-2300
Facsimile:   (212) 751-2540

*Attorneys for Plaintiff*